IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOSEPH GLEN STRICKLAND
a/k/a JOSEPH G. STRICKLAND
a/k/a JOE STRICKLAND,
       Debtor                                           No.:   20-02683 NPO

113 Maison Rue
Vicksburg, Mississippi 39180
SSN: xxx-xx-1902                                      Chapter 7

## ORDER AVOIDING AND CANCELLING JUDICIAL LIEN

THIS MATTER is before the Court on the Debtor's *Motion to Avoid Judicial Lien* (Dkt.#____) previously filed in this case. The Court finds that the motion is well taken and that the relief sought therein should be granted, and

IT IS, THEREFORE, ORDERED AND ADJUDGED that the judicial lien held by Trustmark National Bank in and on the Debtor's residential real estate shall be and hereby is avoided and cancelled. The Debtor's residential real estate to which this order applies is more particularly described as follows, to-wit:

    PARCEL ONE: All of Lot 13 of Acadia Ridge, a plat of which is recorded in Plat Book 3 at Page 115 of the Warren County Land Records and being contained therein in Plat Cabinet "A" Slide 200B.

    LESS AND EXCEPT that part of Lot 13 of Acadia Ridge more particularly described as follows, to-wit:

Beginning at the Northeast corner of Lot 13 of Acadia Ridge Subdivision, thence along the east boundary of Lot 13 South 01 degrees 03 minutes 20 seconds East 37.46 feet; thence leaving the east boundary of Lot 13 and run South 88 degrees 56 minutes 40 seconds West 13.17 feet; thence run North 02 degrees 26 minutes 10 seconds East 37.53 feet, more or less, to the north boundary of Lot 13; thence along the north boundary of Lot 13 North 88 degrees 56 minutes 40 seconds East 10.88 feet to the point of beginning.

IT IS, FURTHER, ORDERED AND ADJUDGED that Trustmark National Bank shall forthwith take all steps necessary and appropriate to release the said judicial lien and remove the same from the judgment roll in the Office of the Circuit Clerk of Warren County, Mississippi.

##END OF ORDER##

PREPARED BY:

/s/ Edwin Woods Jr.
Edwin Woods, Jr., MSB 8893
Bond, Botes, & Woods, P.C.
5760 I55 North, Ste 100
Jackson MS 39211
(601) 353-5000
Attorney for Debtor