**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

      **JOSEPH GLEN STRICKLAND,**              **CASE NO. 20-02683-NPO**

      **DEBTOR.**                           **CHAPTER 7**

      To:    Edwin Woods, Esq.

### Notice of Deficiency

The Motion to Avoid Judicial Lien (Dkt. #16) electronically filed on behalf of the debtor on <u>November 6, 2020</u>, is deficient for the following reason(s):

- A 21 Day Notice, giving all affected creditors and parties in interest 21 days to object, with certificate of service, is required.

You should correct this deficiency before <u>November 23, 2020</u>. Failure to do so may result in the document filed by you being stricken and dismissed, or a show cause hearing.

Date: November 9, 2020

                                   Danny L. Miller
                                   *Clerk of Court*

                                   By: <u>/s/Katie Wise</u>
                                        United States Courthouse
                                        501 E. Court St., Ste. 2.300
                                        P.O.  Box 2448
                                        Jackson, MS 39225-2448
                                        601-608-4600