SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: November 19, 2020

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JOSEPH GLEN STRICKLAND   CASE NO. 20-02683-NPO
CHAPTER 7

### ORDER LIFTING AUTOMATIC STAY AS TO ALL PARTIES AND ABANDONING EQUIPMENT

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (DK # 19) as filed by BancorpSouth Bank and after reviewing all pleadings filed and having found that the parties are now in agreement, this Court finds that the motion is hereby granted and the property is hereby abandoned from the estate and as such it is hereby ordered that automatic stay against BancorpSouth Bank or any subsequent assignee or beneficiary of the underlying lien is hereby lifted as to all parties and that the property shall be deemed abandoned by the trustee from the estate pursuant to 11 U. S. C. 554 (b) whether this case is converted to another Chapter 11 of the United States Code and the fourteen (14) day stay of an order lifting stay as provided in Bankruptcy Rule 4001 (a)(3) is waived as to all parties hereto by agreement.

BancorpSouth Bank or its subsequent assignee of the underlying lien is hereby permitted and allowed to enforce any and all rights they may have in respect to the property including, but not limited to their right of repossession should they deem fit with such property being identified as all

equipment owned by Joseph G. Strickland dba Strickland Survey,

AS PER ATTACHED EXHIBIT A

Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

## END OF ORDER ##

Prepared and submitted by:

*/s/ James Eldred Renfroe*
Hon. James Eldred Renfroe
Attorney for BancorpSouth Bank
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

Approved as to form by:

Attorney for Debtor Merideth Drummond

/s/ Eileen Shaffer - with permission

Trustee / Attorney for Trustee

**170302860**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Pugh, Pam    (601) 630-2356

B. EMAIL CONTACT AT FILER (optional)
pam.pugh@bxs.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Bancorpsouth Bank UCC Online
PO Box 4360
Tupelo, MS 38803

File Number: 20172341412A
Date Filed: 7/19/2017 2:27:57 PM
C. Delbert Hosemann, Jr.
Secretary of State

L20170716001837KJ01ARTICLE9

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor Name (1a or 1b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JOSEPH G STRICKLAND DBA STRICKLAND SURVEY | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 113 MAISON RUE | VICKSBURG | MS | 39180 | |

2. DEBTOR'S NAME: Provide only one Debtor Name (2a or 2b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BANCORPSOUTH BANK | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 820 SOUTH ST | VICKSBURG | MS | 39180 | |

4. COLLATERAL: This financing statement covers the following collateral:
S/A COVERING ALL EQUIPMENT NOW OWNED OF HEREAFTER ACQUIRED BY JOSEPH G STRICKLAND DBA STRICKLA SURVEY.

5. Check only if applicable and check only one box Collateral is ☐ held in a Trust (see UCC1Ad item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box
☐ Public Finance Transaction    ☐ Manufactured Home Transaction    ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien    ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev 08/23/11)