# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**
    **JOSEPH STRICKLAND**                  **CASE NO: 20-02683-NPO**
    **DEBTOR**                                   **CHAPTER 7**

## DEBTOR'S RESPONSE TO MOTION TO MOTION FOR RELIEF (DK#19)

COMES NOW, the debtor, Joseph Strickland, by and through the his counsel, and files this Response to BancorpSouth Bank and In support of this motion of the Debtor states as follows:

1. The Debtor would state that he does not have any equipment from Strickland Survey; and

2. The Debtor requests that she be allowed additional time to bring his payments current if necessary, and that the Motion for Relief be denied; and

3. The Debtor prays for general relief.

THIS the 19th day of November, 2020.

                                        Respectfully submitted,

                                        JOSEPH STRICKLAND

By:    /s/ Edwin Woods, Jr.
          EDWIN WOODS, JR. (MB# 8893)
          BOND BOTES & WOODS, P.C.
          5760 I-55 North, Ste 100
          Jackson MS 39211
          Telephone: (601) 353-5000
          Facsimile: (601) 372-7140
          Email: lwilkinson@bondnbotes.com

## CERTIFICATE OF SERVICE

I, Edwin Woods, Jr., attorney for the Debtor, hereby certify that to the extent any party is not served by the Court's CM/ECF system, I have this day mailed postage pre-paid, a true and correct copy of the foregoing Debtor' Response to Motion for Relief of BancorpSouth Bank to Eileen Shaffer, Chapter 7 Trustee, P.O. BOX 1177, Jackson MS 39215, United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201 and James Renfroe, 648 Lakeland East Drive, Ste A, Flowood, MS 39232 for BancorpSouth Bank, postage prepaid.

This the 19 th day of November 2020.

/s/ Edwin Woods, Jr.
EDWIN WOODS, JR. (MB# 8893)
BOND BOTES & WOODS, P.C.
5760 I-55 North, Ste 100
Jackson MS 39211
Telephone: (601) 353-5000
Facsimile: (601) 372-7140
Email: lwilkinson@bondnbotes.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 20-02683-NPO<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Thu Nov 19 15:35:07 CST 2020 | Guaranty Bank & Trust Company<br>c/o Jim F. Spencer, Jr.<br>Watkins & Eager PLLC<br>P.O. Box 650<br>Jackson, MS 39205-0650 | U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| A Blake Teller<br>1201 Cherry St<br>Vicksburg, MS 39183-2919 | (p)BANCORPSOUTH<br>BANKRUPTCY DEPARTMENT<br>P O BOX 4360<br>TUPELO MS 38803-4360 | Brad Henley<br>PO Box 389<br>Jackson, MS 39205-0389 |
| Citibank<br>Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | David Sessums<br>1110 Jackson St<br>Vicksburg, MS 39183-2538 | Ed Hampton Air & Heat<br>PO Box 820484<br>Vicksburg, MS 39182-0484 |
| Guaranty Bank & Trust<br>1900 Cherry St<br>Vicksburg, MS 39180-3802 | Guaranty Bank & Trust<br>210 Hayden St<br>Belzoni, MS 39038-3636 | James D. Hobson Jr<br>114 Maison Rue<br>Vicksburg, MS 39180-5385 |
| Jim F. Spencer, Jr., Esq.<br>Watkins & Eager PLLC<br>Attorney for Guaranty Bank & Trust Co.<br>PO Box 650<br>Jackson MS 39205-0650 | John Bullard<br>1001 Adams St<br>Ste B<br>Vicksburg, MS 39183-2535 | Mutual Cdt<br>1604 Cherry St<br>Vicksburg, MS 39180-3586 |
| River Hills Bank<br>1400 Hwy 61 North<br>Vicksburg, MS 39183-3413 | Trustmark Bank<br>1301 Washington St<br>Vicksburg, MS 39180-3267 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Varner Parker & Sessum PA<br>1110 Jackson St<br>Vicksburg, MS 39183-2538 | World's Foremost Bank<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521-4463 | Edwin Woods Jr.<br>Bond Botes & Woods PC (Byram)<br>5760 I55 North<br>Suite 100<br>Jackson, MS 39211-2651 |
| Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | Joseph Glen Strickland<br>113 Maison Rue<br>Vicksburg, MS 39180-5380 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bancorp South
820 South St
Vicksburg, MS 39180

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)BANCORPSOUTH BANK | End of Label Matrix |
| | Mailable recipients 22 |
| | Bypassed recipients 1 |
| | Total 23 |