___



SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: November 24, 2020

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: JOSEPH GLEN STRICKLAND**                                                       **DEBTOR**
                                                                                  **CHAPTER 7 CASE NO: 20-02683-NPO**
___

## ORDER GRANTING GUARANTY BANK & TRUST CO.'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT [DKT. #11]
___

THIS CAUSE is before the Court on the motion of Guaranty Bank & Trust Co. ("GB&T") for relief from the automatic stay and for abandonment [Dkt. #11], and the Court having considered the motion, and being advised that no response was filed enters the following Order:

IT IS THEREFORE ORDERED that the automatic stay of 11 U.S.C. §362 is hereby lifted as to the properties in Warren County, Mississippi, as more particularly described on Exhibit A to this Order.

IT IS FURTHER ORDERED that the properties in Warren County, Mississippi, as more particularly described on Exhibit A are abandoned from the estate.

## END OF ORDER ##

Submitted by:

Jim F. Spencer, Jr. (MSB # 7736)
Watkins & Eager PLLC
P.O. Box 650
Jackson, Mississippi 39205
P (601) 965-1976
F (601) 965-1901
jspencer@watkinseager.com

**EXHIBIT "A"**

<u>Parcel 1</u>: Beginning at the Northeast corner of Lot 17 of Broadmoor Subdivision, Part 2; run thence South 00 degrees 45 minutes East along the East line of said Lot 17 a distance of 39.9 feet; thence South 62 degrees 40 minutes West a distance of 39.2 feet; thence South 63 degrees 56 minutes West a distance of 145.1 feet to a point on the West line of said Lot 17; thence North 01 degree 02 minutes West along the West line of said Lot 17 a distance of 63.9 feet; thence North 51 degrees 52 minutes East a distance of 75.04 feet; thence North 87 degrees 26 minutes East along the North line of said Lot 17 a distance of 109.8 feet to the point of beginning, containing 0.27 acres, more or less, and being part of Lot 17 of Broadmoor Subdivision, Part 2, in the Northwest Quarter of Section 28, Township 16 North, Range 3 East, City of Vicksburg, Warren County, Mississippi.

<u>Parcel 2</u>: Beginning at the Northeast corner of Lot 16 of Broadmoor Subdivision, Part 2, a plat of which is of record in Book 328 at Page 58 of the Land Deed Records of Warren County, Mississippi; and run thence North 80 degrees 51 minutes East 147.88 feet along a tangent on the South line of Haas Street to a point on the West line of Lot 17; thence along the West line of Lot 17, South 01 degree 02 minutes East 68.61 feet; continue South along the West line of Lot 17, South 61.13 feet to U. S. Highway I-20 Frontage Road; run thence along said right of way South 65 degrees 21 minutes West 150.74 feet; run thence North 124 feet to the Southeast corner of Lot 16 of said Broadmoor Subdivision; run thence along the East line of said Lot 16 North 06 degrees 03 minutes West 16.7 feet to the point of beginning, less and except that part deeded to the Mississippi State Highway Department recorded in Book 460, Page 175 of the land records of Warren County, Mississippi, said land being in Section 28, Township 16 North, Range 3 East, and being apart of Lot 13 of V and M Subdivision.

LESS AND EXCEPT from the above described parcels that portion of the above described property lying within the right of way of any street or public thoroughfare lying within Broadmoor Subdivision, Part 2, as per the plat shown in Book 328 at Page 58 of the Land Records of Warren County, Mississippi.

Signed for identification on this the 29Th day of December, 2016.

_____
James D Hobson, Jr.

_____
Joseph G Strickland