_____



**SO ORDERED,**

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: December 14, 2020

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     JOSEPH GLEN STRICKLAND
a/k/a JOSEPH G. STRICKLAND
a/k/a JOE STRICKLAND,
Debtor                                 Case No.:20-02683

113 Maison Rue
Vicksburg, Mississippi 39180
SSN: xxx-xx-1902                           Chapter 7

## ORDER PARTIALLY AVOIDING LIEN   (Dkt. #16)

The above-styled and numbered case having come for hearing on the motion of Debtor to avoid the fixing of the judicial lien (judgment) of Trustmark National Bank on exempt property of the Debtor, and the Court having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED that:

1. Pursuant to 11 U.S. C. § 522 (f) (1), the judicial lien (judgment) of Trustmark National Bank obtained against the Debtor in Warren County, Mississippi, County Court Cause No. 20-0311-CO , is hereby avoided and held for naught to the extend it impairs any personal property of the Debtor otherwise exempted by Title 85, Chapter 3, Miss Code Ann (1972) and 11 U.S. C. § 522 (b) and to the extend it impairs the Debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S. C.§ 522 (b), said

homestead being located in Warren County, Mississippi, and being more fully described as following:

PARCEL ONE: All of Lot 13 of Acadia Ridge, a plat of which is recorded in Plat Book 3 at Page 115 of the Warren County Land Records and being contained therein in Plat Cabinet "A" Slide 200B.

LESS AND EXCEPT that part of Lot 13 of Acadia Ridge more particularly described as follows, to-wit:

Beginning at the Northeast corner of Lot 13 of Acadia Ridge Subdivision, thence along the east boundary of Lot 13 South 01 degrees 03 minutes 20 seconds East 37.46 feet; thence leaving the east boundary of Lot 13 and run South 88 degrees 56 minutes 40 seconds West 13.17 feet; thence run North 02 degrees 26 minutes 10 seconds East 37.53 feet, more or less, to the north boundary of Lot 13; thence along the north boundary of Lot 13 North 88 degrees 56 minutes 40 seconds East 10.88 feet to the point of beginning.

2. A certified copy of this Order is to be filed in the land records of Warren County Mississippi, and the Chancery Clerk is requested to index this Order in the direct and sectional index under the name of Joseph Strickland (Debtor) as grantor. The Debtor's attorney will ensure compliance with this provision.

3. The Circuit Clerk of Warren County, Mississippi, is to enter on the judgment roll that the judicial lien (judgment) of Trustmark National Bak in County Court Cause No. 20-0311-CO has been PARTIALLY CANCELLED by this Order and a certified copy of this Order is to be placed in the suit file. The Debtor's attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

##END ORDER##

BOND BOTES & WOODS, P.C.
5760 I-55 North, Ste 100
Jackson MS 39211
Telephone: (601) 353-5000
Facsimile: (601) 372-7140
Email: lwilkinson@bondnbotes.com