# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| JOSEPH GLEN STRICKLAND | CASE NUMBER: 20-02683 NPO |

## TRUSTEE'S NOTICE OF CHANGE OF STATUS

COMES NOW, the undersigned Trustee in the above captioned case and states that although the case was previously noticed to parties-in-interest as a no-asset case, the Trustee has discovered assets which may result in a distribution to creditors of the estate.

THEREFORE, it is requested that a notice to file claims should be mailed to all creditors of record.

DATED this the 21st day of January, 2021.

Respectfully submitted,

By:   s/ Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date electronically transmitted a true and correct copy of the above and foregoing Trustee's Notice of Change of Status to the following:

Edwin Woods, Jr. (lwilkinson@bondbotes.com)

Office of United States Trustee (USTPRegion05.JA.ECF@usdoj.gov)

This the 21st day of January, 2021.

s/ Derek A. Henderson
DEREK A. HENDERSON, MSB #2260

**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**