# *BOND, BOTES & WOODS, PC.*
# *5760 I - 55 NORTH, STE 100*
# *JACKSON, MISSISSIPPI 39211*
# *(601) 353-5000*

February 1, 2021

US Bankruptcy Court
Po Box 2448
Jackson MS 39225

RE:   Joseph Strickland
      Case No. 20-02683

The new mailing address for the above referenced debtor is:

107 Dogwood Drive
Vicksburg, MS 39180

Please make these changes to your records.

Thank you,


/s/ Edwin Woods, Jr.
Edwin Woods, Jr.
EW/lw

cc:   US Trustee
      Eileen Shaffer, Ch 13 Trustee